DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRANDACE DEVALEIX,**
Appellant,

v.

**LOUIS CHARLES DEVALEIX,**
Appellee.

No. 4D19-3423

[March 18, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-2018-DR-002291XXXX-NB (FJ).

Nancy A. Hass of Nancy A. Hass, P.A., Fort Lauderdale, for appellant.

Eddie Stephens and Caryn A. Stevens of Ward, Damon, Posner, Pheterson & Bleau, West Palm Beach, and Cynthia L. Greene of Young, Berman, Karpf & Gonzalez, Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***